1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUNG SI VUONG,<br><br>         Petitioner,<br><br>      v.<br><br>J. GASTELO, Warden,<br><br>         Respondent. | Case No. CV 19-957-DMG (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered denying the Petition and dismissing this action with

prejudice; and

///

///

3.      The Clerk serve copies of this Order on the parties.

DATED:  December 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE