# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG SI VUONG,<br><br>            Petitioner,<br><br>    v.<br><br>J. GASTELO, Warden,<br><br>            Respondent. | Case No. CV 19-957-DMG (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-